FEW *v.* WILLIAMS.

HEAD, Justice. This case is controlled by the rulings made in division 2 of the opinion in *Blake* v. *Williams,* ante.

*Judgment affirmed. All the Justices concur.*

No. 17511. ARGUED JUNE 12, 1951—DECIDED SEPTEMBER 10, 1951—REHEARING DENIED OCTOBER 11, 1951.

*Herbert Johnson, Henry M. Hatcher Jr.,* and *R. R. Rhudy,* for plaintiff.

*Marvin G. Russell* and *Turner Paschal,* for defendant.

